Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*The Pinkfong Company, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PINKFONG COMPANY, INC., <br><br> *Plaintiff* <br><br> v. <br><br> AISEVE, ALBABE, ALOPARTY, BABY PARTY US, BDAY PARTY FAVOR, BEST BUY BEST DEALS DIRECT, BI XING, CHENHANXINN, CHICHONGRUIII, CHRISTOPHERKKMARTIN, CHUNYUS, DDI, DUOBAKE, ENLARGERYOU, FAMILY PRO, FEISHANG STORE, FRIENDS US, GRATULON-USA, HUANGSHISHIYUNONGDIANZIYOUXIANGONGSI, JILINSHENGZHILICHAOYUESHANGMAO, KUNMINGNIAOTAODIANZISHA, LANGSHANGDUO, LILIPINGDE, LSHOME US, LUOLAIJIAN, MAST-US, MISS ZHENG'S SHOP, MOUQIN, N3WXSTAREC, NEWDISCOVER, NKZGZC, PUPUFLY, QIKUNSHANGMAO, QT-US, QUNAI, QWFQWFWGFG, RAINBOW PARTY US, RIXIONG, SAMAHARA, SENGMI, SHDHDHDH, SHUMINTAOJIN, SKOTER, SZHF.LLC, UOBABY, WHINE STORE, WONDERFUL MEMORIES, YIJUGUOJIWULIU, YINGSUMEI, YOUHADA, | CIVIL ACTION NO. <br> 22-cv-4135 (PAE) <br><br> [PROPOSED] <br> UNSEALING ORDER |

1

YOUNGG, ZHENKA SHOP, ZUOU and 成都张玫云商贸部,

*Defendants*

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this __17th__ day of __June____, 2022, at _11_ _a.m.
New York, New York

_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE