**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
THE PINKFONG COMP ANY INC.,

                       Plaintiff,                    22 **CIVIL** 4135 (PAE)(JLC)

       -against-                          **JUDGMENT**

AISEVE, ET AL.,

                      Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 02, 2023, the Court adopts the Report in full. Defendants are permanently enjoined, and Pinkfong is awarded $4,120,000 ($100,000 each from Baby Family Store and Luckyhome66 Store and $40,000 each from the other 98 defendants), plus post judgment interest; accordingly, the case is closed.

**Dated:** New York, New York

      November 03, 2023

                                                        **RUBY J. KRAJICK**

                                                             Clerk of Court

                           **BY:**

                                                             **Deputy Clerk**